PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00009 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| PEDRO MIRANDA-MURO, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Edvin Flores, attorney for the defendant, that the status conference set for May 31, 2023 at 1:00 pm before the Honorable Sheila K. Oberto be continued to August 30, 2023 at 1:00 p.m.

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

   1.   The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

   2.   By this stipulation, defendant now moves to continue the status conference, and to exclude time from July 5, 2023 to August 30, 2023 under Local Code T4.

   3.   The parties agree and stipulate, and request that the Court find the following:

      a)   The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form.  All

Stipulation                                        1

of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further. Defense counsel underwent surgery on May 12 and due to complications following the initial surgery, had to undergo an additional surgery. Due to that plus recovery time needs additional time to be prepared to proceed.

      b)      The government does not object to the continuance.

      c)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 5, 2023 to August 30, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 30, 2023                                  Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

                                            By    /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney

Dated: June 30, 2023                              /s/ Edvin Flores
                                                  EDVIN FLORES
                                                  Attorney for Defendant

IT IS SO ORDERED.


                                                  *Sheila K. Oberto*
Dated: 6/30/2023                                  HONORABLE SHEILA K. OBERTO
                                                  United States Magistrate Court Judge

Stipulation                              3