PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00009-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| PEDRO MIRANDA-MURO, | |
| Defendant. | COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1.  The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Kimberly A. Sanchez, and the defendant Pedro Miranda-Muro, by and through his counsel of record, Edvin Flores, hereby stipulate as follows.

2.  The parties are investigating information related to this case that the parties anticipate will likely result in an executed plea agreement. The parties anticipate knowing the answer to that question within the next few days. However, the parties also believe one additional status conference is best in the event the plea agreement is not solidified. The parties will be in a position to set the case for a change of plea or trial prior to the next status conference barring any unforeseen circumstances.

3.  The case is currently set for a status conference on August 30, 2023.

4.  The parties ask that the status conference be continued to October 18, 2023, at 1:00 PM, and stipulate and agree as follows:

        a)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including the opportunity to meet with his client and finalize discussions regarding the future procedural path of the case.

        b)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 30, 2023, to October 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 24, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  August 24, 2023                                /s/Edvin Flores
                                                       EDVIN FLORES
                                                       Counsel for Defendant
                                                       PEDRO MIRANDA-MURO

**ORDER**

IT IS SO ORDERED.

DATED: 8/25/2023                    *Sheila K. Oberto*
                                    THE HONORABLE SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE