PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO MIRANDA-MURO,<br><br>Defendant. | CASE NO. 1:23-CR-00009 JLT-SKO<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET A CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Edvin Flores, attorney for the defendant, that the status conference set for October 18, 2023, at 1:00 pm before the Honorable Sheila K. Oberto be vacated and a change of plea hearing be set for November 6, 2023 at 10:00 a.m. before the Honorable Jennifer L. Thurston.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement.

2. By this stipulation, defendant now moves to vacate the status conference, set a change of plea hearing for November 6, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston, and to exclude time from October 18, 2023 to November 6, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

Stipulation                                       1

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government does not object to the continuance.

      c)      An ends-of-justice delay is particularly apt in this case because:

- November 6 is the first available date without conflicts that works for defense counsel's schedule, and setting the case for that date allows for continuity of counsel.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2023 to November 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 11, 2023                          Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                        By       /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Dated: October 11, 2023                          /s/ Edvin Flores
                                                 EDVIN FLORES
                                                 Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: 10/11/2023                                *Sheila K. Oberto*
                                                 HONORABLE SHEILA K. OBERTO
                                                 United States Magistrate Court Judge