PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO MIRANDA-MURO,<br><br>Defendant. | CASE NO. 1:23-CR-00009 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Edvin Flores, attorney for the defendant, that the sentencing set for August 19, 2024 at 9:00 a.m. before the Honorable Jennifer L. Thurston be continued to Monday, October 28, 2024 at 9:00 a.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   The case is set for sentencing for Monday, August 19, 2024.

2.   Due to undersigned counsel having an impacted schedule, including some family matters requiring unanticipated time off, and defense counsel's schedule, the parties have a need to meet to address some sentencing issues and have not yet done so.  The parties have assessed the time needed to meet, assess the information arising from the meeting, include the information in sentencing memos if warranted, and be prepared to proceed to sentencing, and believe that the parties will be ready to proceed by October 28, 2024.

Stipulation                                                              1

3. By this stipulation, defendant now moves to continue the sentencing to October 28, 2024 at 9:00 a.m. before the Honorable Jennifer L. Thurston.

Dated: August 13, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: August 13, 2024

/s/ Edvin Flores
EDVIN FLORES
Attorney for Defendant

IT IS SO ORDERED.

Dated:   **August 14, 2024**

UNITED STATES DISTRICT JUDGE

Stipulation

2