1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,              CASE NO.  1:23-CR-00009 JLT-SKO

10                 Plaintiff,             STIPULATION TO CONTINUE SENTENCING

11         v.

12 PEDRO MIRANDA-MURO,

13                 Defendant.

14

15         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and

16 Kimberly A. Sanchez, Assistant U.S. Attorney and Edvin Flores, attorney for the defendant, that the

17 sentencing set for October 28, 2024 at 9:00 a.m. before the Honorable Jennifer L. Thurston be continued to

18 Monday, December 2, 2024 at 9:00 a.m.

19                                   **STIPULATION**

20         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21 through defendant's counsel of record, hereby stipulate as follows:

22         1.      The case is set for sentencing for Monday, October 28, 2024.

23         2.      The parties have been attempting to schedule a meeting to address pre-sentencing matters

24 but have not been able to align their schedules.  We are in the process of finding a date in the next week

25 or two when we can meet so we have time for any necessary follow-up prior to the next sentencing date.

26 Defendant desires the government to consider matters discussed at the meeting in its sentencing

27 recommendation.

28         3.      By this stipulation, defendant now moves to continue the sentencing to December 2, 2024

   Stipulation                             1

1    at 9:00 a.m. before the Honorable Jennifer L. Thurston.

2

3         Dated: October 21, 2024                    Respectfully submitted,

4                                                    PHILLIP A. TALBERT
                                                     United States Attorney
5

6                                          By      /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
7                                                  Assistant U.S. Attorney

8
          Dated: October 21, 2024                  /s/ Edvin Flores
9                                                  EDVIN FLORES
                                                   Attorney for Defendant
10

11

12   IT IS SO ORDERED.

13      Dated:    **October 22, 2024**

14                                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     Stipulation                              2